**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00066-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: March 19, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| GREYSTONE CONSTRUCTION, INC., a Colorado corporation, *et al.*, | Kathleen Chaney<br>Steven P. Bailey |
| **Plaintiff,** | |
| v. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation, | Peter J. Morgan |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:     8:32 a.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding Defendant's Motion to Set Aside Clerk's Entry of Default [filed February 14, 2007; doc. 13].

**ORDERED:** Defendant's Motion to Set Aside Clerk's Entry of Default [filed February 14, 2007; doc. 13] is granted for the reasons stated on the record.  The Entry of Default [filed February 7, 2007; doc. 7] is hereby set aside.

**ORDERED:** Fed.R.Civ.P. Rule 16 Scheduling Conference set for April 2, 2007 9:15 a.m.  A proposed scheduling order is due by March 29, 2007.  Parties shall make Rule 26(a) disclosures by March 23, 2007.  The parties may begin discovery March 26, 2007.

HEARING CONCLUDED.

**Court in Recess:     8:59 a.m.**
Total In-Court Time:     00:27