IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00066-MSK-CBS

GREYSTONE CONSTRUCTION, INC., a Colorado corporation,
PETER J. HAMILTON, individually,
THE BRANAN GROUP, a Colorado corporation,
CARL K. BRANAN, individually,
MICHAEL C. BRANAN, individually,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,
    Plaintiffs,
v.

NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation,
    Defendant.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action came before the court for hearing on March 19, 2007 on: (1) "Defendant's Motion to Set Aside Clerk's Entry of Default" (filed February 14, 2007) (doc. # 13); and (2) "Motion for Judgment by Default Pursuant to F.R.C.P. 55(b) Against Defendant National Fire & Marine Insurance Company" (filed February 7, 2007) (doc. # 8).  Pursuant to the Order of Reference dated January 26, 2007 (doc. # 4) and the memoranda dated February 7, 2007 (doc. # 9) and February 21, 2007 (doc. # 14), these matters were referred to the Magistrate Judge.

    In open court on March 19, 2007, the court granted Defendant's Motion to Set Aside Clerk's Entry of Default and set aside the Entry of Default filed on February 7, 2007 (doc. # 7).  Under the Federal Rules of Civil Procedure, entry of a default is a prerequisite to entry of a default judgment.  *Ramada Franchise Systems, Inc. v.*

*Baroda*, 220 F.R.D. 303, 305 (N.D. Ohio 2004) (citation omitted).  *See also* Fed. R. Civ. P. 55(a) and (b).  As the court has set aside the Entry of Default, the Motion for Judgment by Default is properly denied as moot.  Accordingly,

IT IS ORDERED that the Motion for Judgment by Default Pursuant to F.R.C.P. 55(b) Against Defendant National Fire & Marine Insurance Company (filed February 7, 2007) (doc. # 8) is DENIED as moot.

DATED at Denver, Colorado, this 19th day of March, 2007.

BY THE COURT:

s/Craig B. Shaffer  
United States Magistrate Judge