IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00066-MSK-CBS

GREYSTONE CONSTRUCTION, INC.,
a Colorado corporation,
PETER J. HAMILTON, individually,
THE BRANAN COMPANY,
a Colorado corporation,
CARL K. BRANAN, individually,
MICHAEL C. BRANAN, individually, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
a Wisconsin corporation,

      Plaintiffs,

v.

NATIONAL FIRE & MARINE INSURANCE COMPANY,
a Nebraska corporation,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel (*doc. no. 37*) is **DENIED** without prejudice. Parties are reminded that this court does not permit counsel to file disputed discovery motions unless and until counsel complies fully with Rule 7.1 A and this court's practice standard, as explained during the Rule 16(b) scheduling conference on April 2, 2007.

**DATED:**      September 19, 2007