IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00066-MSK-CBS

GREYSTONE CONSTRUCTION, INC., a Colorado corporation,
PETER J. HAMILTON, individually,
THE BRANAN COMPANY, a Colorado corporation,
CARL K. BRANAN, individually,
MICHAEL C. BRANAN, individually, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

       Plaintiffs,

v.

NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation,

       Defendant.

_____

## ORDER
_____

THIS MATTER comes before the Court on Defendant National Fire & Marine Insurance Company's Motion for Withdrawal of Defendant's Motion for Stay Pending Resolution of Underlying State Court Cases (Motion) **(#57)** filed November 20, 2007. In accordance therewith,

**IT IS ORDERED** that the Motion is **GRANTED** and the Motion to Stay Pending Resolution of Underly State Court Cases [Doc. #29] is **DEEMED MOOT**.

DATED this 21st day of November, 2007.

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*
                                            _____
                                            Marcia S. Krieger
                                            United States District Judge