IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00066-MSK-CBS

GREYSTONE CONSTRUCTION, INC.,
a Colorado corporation,
PETER J. HAMILTON, individually,
THE BRANAN COMPANY,
a Colorado corporation,
CARL K. BRANAN, individually,
MICHAEL C. BRANAN, individually, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
a Wisconsin corporation,

      Plaintiffs,

v.

NATIONAL FIRE & MARINE INSURANCE COMPANY,
a Nebraska corporation,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Sipulated Motion for Protective Order (*doc. no. 63)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 63-2)* is accepted by the court.

      In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**      December 21, 2007