IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00066-MSK-CBS

GREYSTONE CONSTRUCTION
PETER J. HAMILTON
THE BRANAN COMPANY
CARL K. BRANAN
MICHAEL C. BRANAN
AMERICAN FAMILY MUTUAL INSURANCE COMPANY

    Plaintiffs,
vs.

NATIONAL FIRE & MARINE INSURANCE COMPANY

    Defendant.

## STIPULATED PROTECTIVE ORDER

It is ORDERED that the parties may designate as "Confidential," documents that have been or will be produced in this litigation that legitimately are protected by the attorney client or work product privileges, or contain proprietary, confidential, competitively sensitive and/or trade secret information. All such documents designated by the parties as "Confidential" will be covered by the Protective Order. If any party objects to another party's designation of documents as "Confidential," the objecting party will abide by this Protective Order, but, after conferring with the party producing the documents, can file a motion challenging the confidentiality of the designated documents and may request that the Court except the challenged documents from the Protective Order.

As used in this Protective Order, "document" is defined as provided in Fed. R. Civ. P. 34(a). A draft or non-identical copy is a separate document within the meaning of this term.

THE COURT FURTHER ORDERS:

1. That the parties and their attorneys protect "Confidential" documents from disclosure, dissemination and publication to anyone except the court and its employees, stenographic reporters engaged in proceedings necessarily incident to the conduct of this action, the attorneys of record in this case, retained experts, deponents, and such personnel and staff of counsel as is necessary for the conduct of this case only;

2. That the documents may not be used for any purpose whatsoever, except for pre-trial preparation and trial of this case and only this case;

3. That no copies, duplications or reproductions of the documents shall be provided to any third party expert, or other person specifically retained for this litigation, without first obtaining a signed Agreement of Confidentiality (Appendix A) from such person, agreeing to hold all such materials in confidence and agreeing to the terms and conditions set forth in this Stipulated Protective Order;

4. That no copies, duplications or reproductions of the documents may be part of the public record of this case, whether in evidence or otherwise, although this Order does not prohibit use of the documents as evidence in the trial of this case. If any document, material or other information designated herein as "Confidential" is used in testimony, discovery responses, or evidence, or is quoted in any brief, deposition, transcript or other paper filed in this case, such materials and papers if submitted to the court shall be submitted under seal in accordance with D.C.COLO.LCivR 7.3 and accompanied by a motion to seal, and if sealed, sealing shall continue so as to prevent disclosure at the conclusion of the trial; and

5. That all copies of the documents covered by this Order shall be returned to

the party that produced the documents within 30 days of the conclusion of this case or the party obligated to return the documents may verify in writing that such documents have been destroyed; and

    6.    That this Protective Order survives this case for the purpose of enforcement; and

    7.    This Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for them to be heard.

    8.    That this Protective Order shall bind the parties and their attorneys as soon as it is signed by attorneys for all parties.

DATED at Denver, Colorado, this 21st day of December, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

**STIPULATED AND AGREED TO BY:**

/s L. Kathleen Chaney

---

L. Kathleen Chaney
Lambdin & Chaney, LLP
4949 S. Syracuse St., Suite 600
Denver, CO 80237
kchaney@lclaw.net
*Attorney for Greystone, Hamilton and American Family*


/s Steven P. Bailey

---

Steven P. Bailey
Anderson, Dude & Lebel, P.C.
111 S. Tejon, Suite 400
Colorado Springs, CO 80903
spbailey@adplebel.com
*Attorney for Branan Plaintiffs*


/s Tory D. Riter

---

Peter J. Morgan, Esq.
Tory D. Riter, Esq.
Baldwin & Carpenter, P.C.
1512 Larimer Street, Suite 450
Denver, Colorado 80202
pmorgan@baldwin-carpenter.com
triter@baldwin-carpenter.com
*Attorneys for Defendant,*
*National Fire & Marine Insurance Company*

Appendix A

Civil Action No. 07-CV-00066-MSK-CBS
*GREYSTONE CONSTRUCTION et al. v. NATIONAL FIRE & MARINE INS. CO.*

**AGREEMENT OF CONFIDENTIALITY**

1. My full name is:

_____

2. My address is:

_____

3. My present employer is:

_____

4. My present occupation or job description is:

_____

5. I have received a copy of the Protective Order entered in this case. I have carefully read and understand the provisions of the Protective Order. I will comply with all of the provisions of the Protective Order.

6. I will not disclose any Confidential material that I receive from the attorneys of record in this case and their staff. I will use any such information only with respect to this case.

7. I will return all Confidential materials that come into my possession and all documents or things which I have prepared that contain such information to any attorney representing the party that has employed or retained me.

8. I submit to the jurisdiction of this Court for the purposes of enforcement of the Protective Order.

DATED this _____ day of _____, 200_

_____