# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 07-cv-00066-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** January 18, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| GREYSTONE CONSTRUCTION, INC., a Colorado corporation, *et al.*, | L. Kathleen Chaney, via telephone<br>Steven P. Bailey, via telephone |
| **Plaintiffs,** | |
| v. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation, | Peter J. Morgan, via telephone |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTIONS HEARING**
**Court in Session:** 8:33 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** The Joint Motion to Vacate Settlement Conference [filed January 14, 2008; doc. 75] is granted for the reasons stated on the record. The settlement conference set for January 31, 2008 is hereby vacated.

**ORDERED:** The Joint Motion for Extension of Expert Endorsement Deadlines [filed December 28, 2007; doc. 68] is granted for the reasons stated on the record.

   Discovery Cut-off: **April 24, 2008.**

   Dispositive Motions deadline: **April 28, 2008.**

   Parties shall designate affirmative experts **on or before February 25, 2008.**

   Parties shall designate rebuttal experts **on or before March 24, 2008.**

HEARING CONCLUDED.

**Court in recess:**   8:46 p.m.
Total time in court:   00:13