IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover            Date: August 1, 2008
Court Reporter:    Paul Zuckerman

Civil Action No. 07-cv-00066-MSK-CBS

*Parties*:                                    *Counsel Appearing:*

GREYSTONE CONSTRUCTION, INC.,                 Lelia Chaney
PETER J. HAMILTON,                            Steven Bailey
THE BRANAN COMPANY,                           Jacob Kimball
CARL K. BRANAN,
MICHAEL C. BRANAN, and
AMERICAN FAMILY MUTUAL INSURANCE
COMPANY,
           Plaintiffs,

v.

NATIONAL FIRE & MARINE INSURANCE             Peter Morgan
COMPANY,

           Defendant.

## COURTROOM MINUTES

HEARING:   Final Pretrial Conference.

**4:20 p.m.     Court in session.**

Counsel are present as listed above. Plaintiff Brannan and Jim Welsh representative of American Family Insurance are present. Plaintiff Hamilton is present by telephone.

**PENDING MOTIONS.  (#49, #103, #113, #115)**

The Court addresses the motions for summary judgment.

Review of the proposed final pretrial order - matters addressed:

           Stipulated Facts
           Claims
           Defenses

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

The parties agree that the matter should not be set for trial until the issue of whether there is coverage under the terms of the contracts is resolved.

The parties agree to file joint motions to bifurcate the issue, stipulated facts and briefs.

**ORDER:** The initial joint motions to bifurcate, stipulated facts and briefs will be filed by **September 30, 2008.**

**ORDER:** The second joint motion, stipulated facts and briefs will be filed by **October 30, 2008.**

**ORDER:** Motion to Appeal Magistrate Judge Decision (**Doc. #49**) is **DENIED,** with leave to reinstate if necessary.

**ORDER:** Motion for Sanctions (**Doc. #103**) is **DENIED**, with leave to reinstate if necessary.

**ORDER:** Motions for summary judgment (**Doc. #113, 115**) are deemed **WITHDRAWN**, with leave to reinstate.

**4:53 p.m.** **Court in recess.**

**Total Time: 33 minutes.**
**Hearing concluded.**